UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **BRYAN ANTHONY REO** <br> P.O. Box 5100 <br> Mentor, OH 44061 <br><br> Plaintiff, <br><br> v. <br><br> **MARTIN LINDSTEDT** <br> 338 Rabbit Track Road <br> Granby, MO 64844 <br><br> and <br><br> **SUSAN APRIL BESSMAN** <br> 26097 Poppy Drive <br> Stella, MO 64867 <br><br> and <br><br> **THE CHURCH OF JESUS CHRIST CHRISTIAN/ARYAN NATIONS OF MISSOURI** <br> c/o Martin Lindstedt <br> 338 Rabbit Track Rd. <br> Granby, MO 64844 <br><br> Defendants. | Case No. 1:21-cv-00753-JG <br><br> Hon. James S. Gwin <br><br> The Court approves dismissal without prejudice 5/5/2021. <br> *s/ James S. Gwin* <br> JAMES S. GWIN <br> UNITED STATES DISTRICT JUDGE |

**REO LAW, LLC**
Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(T): (216) 505-0811
(E): reo@reolaw.org
*Pro se Plaintiff*

**PLAINTIFF BRYAN ANTHONY REO'S
NOTICE OF DISMISSAL WITHOUT PREJUDICE**